UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW SHAWN BORKE,

     Plaintiff,                                     Case No. 20-cv-12774
                                                Hon. Matthew F. Leitman

v.

RYAN CHAPKO,

     Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S REQUEST FOR
AN EXTENSION OF TIME TO FILE A REPLY BRIEF (ECF No. 43)**

On January 31, 2022, Plaintiff Matthew Shawn Borke filed a request in which he asked the Court to extend the time for him to file a reply brief in further support of his objections to the Magistrate Judge's Report and Recommendation until February 7, 2022. (*See* Req., ECF No. 43.)  The request is **GRANTED**.  Borke shall file his reply brief by no later than **February 7, 2022**.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2022

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 1, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2