UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW SHAWN BORKE,

    Plaintiff,

v.

                            Case No. 20-cv-12774
                            Hon. Matthew F. Leitman

KELCY WARREN, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that (1) Plaintiff's claims against Defendants Kelcy Warren and Kevin Mayberry are **DISMISSED WITHOUT PREJUDICE**; (2) Plaintiff's claim pursuant to 28 U.S.C. § 1985(3) against the remaining Defendants is **DISMISSED WITH PREJUDICE**; and (3) Plaintiff's state-law claims are dismissed **WITHOUT PREJUDICE.**

                                              KINIKIA ESSIX
                                              CLERK OF COURT

                                        By:    s/Holly A. Ryan
                                                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 22, 2022
Detroit, Michigan

1